**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

JAMES WILLIAMS,                          )
                                         )
      Plaintiff,                    )
                                         )        No. 2:20-cv-02952-TLP-atc
v.                                       )
                                         )        JURY DEMAND
EASLEY TRANSPORTATION, LLC,              )
                                         )
      Defendant.                    )

**ORDER GRANTING MOTION FOR FLSA SETTLEMENT APPROVAL**

The parties jointly move for approval of settlement under the Fair Labor Standards Act. (ECF No. 61.) And the parties submitted the Settlement Agreement (ECF No. 61-1) for inspection and review. Having reviewed the joint motion (ECF No. 61) and the Proposed Settlement Agreement (ECF No. 61-1), the Court finds that the Settlement Agreement is a fair and reasonable resolution of Plaintiffs' claims. The Court, therefore, **GRANTS** the joint motion for FLSA settlement approval.

      **SO ORDERED**, this 23rd day of September, 2022.

                         s/Thomas L. Parker
                        THOMAS L. PARKER
                        UNITED STATES DISTRICT JUDGE