IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:20-cv-02952-TLP-atc |
| v. | ) | |
| | ) | JURY DEMAND |
| EASLEY TRANSPORTATION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Complaint, filed on December 30, 2020. (ECF No. 1.) In accordance with the Joint Stipulation of Dismissal (ECF No. 64), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

November 15, 2022
Date